UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ZARAZU, | No. 2:13-cv-2361 DAD P |
| Petitioner, | |
| v. | ORDER |
| FRED FOULK, | |
| Respondent. | |

Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

The habeas application pending before the court attacks a judgment of conviction issued by the Los Angeles County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////
/////
/////
/////

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 transferred to the United States District Court for the Central District of California.
3 Dated: November 19, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mp
zara2361.108